# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Carrillo v. RE/MAX Kauai | CAAP–11–0000061 | 05/03/2012 | Affirmed |
| Lales v. Wholesale Motors Co. | 28516 | 05/09/2012 | Vacated, Affirmed and Remanded |
| Globalmart, Inc. v. Posec Hawaii, Inc. | 28249 | 05/10/2012 | Vacated, Affirmed and Remanded |
| State v. Yorkston | 29651 | 05/17/2012 | Reversed |
| Komomura v. Komomura | CAAP–10–0000135 | 05/30/2012 | Remanded |
| Costales v. Rosete | 30683 | 05/30/2012 | Vacated and Remanded |
| Bryant v. Pleasant Travel Service | 29642 | 05/30/2012 | Vacated and Remanded |
| State v. Okawaki | CAAP–10–0000027 | 05/31/2012 | Vacated and Remanded |